Submitted on record and brief May 22, reversed and remanded June 20, 1978

FREITAG, *Appellant,*
*v.*
CURRIER, *Respondent.*
(No. 34361, CA 9805)
580 P2d 218

Clint Lonergan, Portland, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Reversed and remanded. *Freitag v. Wagner,* 34 Or App 1035, 580 P2d 217 (1978).